

# IN THE
# TENTH COURT OF APPEALS

## No. 10-14-00349-CV

**ROBERT WILLIAMS,**

                                                                                    **Appellant**

 **v.**

**RUSSELL PARKER, INDIVIDUALLY AND
HEIR OF LAWANNA KEETH,**

                                                                                    **Appellee**

### From the 249th District Court
### Johnson County, Texas
### Trial Court No. C201100640

## O R D E R

Appellee's motion for rehearing is dismissed as moot because the Court's

opinion has been withdrawn, revised, and a new opinion and judgment issued.

PER CURIAM

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Motion denied
Order issued and filed August 27, 2015

